IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TRACY HOWARD BESSELAAR, # 135043, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:21-cv-345-ECM |
| SAM COCHRAN, *et al.*, | ) ) | |
| Respondents. | ) ) | |

**O R D E R**

On May 27, 2021, the Magistrate Judge entered a Recommendation (doc. 2) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, and this case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to 28 U.S.C. § 1631.

Done this 23rd day of June, 2021.

                                         /s/ Emily C. Marks
                                         EMILY C. MARKS
                                         CHIEF UNITED STATES DISTRICT JUDGE